GORAN DAHL ET AL. *v.* DENNIS BANKS ET AL.
(11920)

LANDAU, FREEDMAN and SCHALLER, Js.
Argued October 27—decision released November 23, 1993

*Stephen D. Wippermann,* for the appellants-appellees
(plaintiffs).

*Herbert F. Rosenberg,* for the appellees-appellants
(defendants).

PER CURIAM. The judgment is affirmed.

CANH TRAN NGUYEN *v.* HUU NGUYEN
(11707)

DUPONT, C. J., O'CONNELL and FOTI, Js.
Argued November 2—decision released November 23, 1993

*Marci J. Silverman,* with whom were *Richard G.
Kent* and, on the brief, *Jocelyn L. Birnbaum,* for the
appellant (defendant).

*Annacarina DelMastro,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.